Nos. 23-7156, 23-7163

# In the United States Court of Appeals for the District of Columbia Circuit

COLLECTOR'S COFFEE, INC., ET AL.
APPELLANTS-CROSS-APPELLEES

*v.*

DEBEVOISE & PLIMPTON LLP, ET AL.
APPELLEES-CROSS-APPELLANTS

*ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA (NO. 20-CV-02988)
(THE HON. REGGIE B. WALTON, J.)*

**DEFENDANTS-APPELLEES-CROSS-APPELLANTS
DEBEVOISE & PLIMPTON LLP, ANDREW J. CERESNEY, DUSTIN
BROCKNER, AND MIHEER MHATRE'S
CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

DANE H. BUTSWINKAS
DAVID S. BLATT
KRYSTAL C. DURHAM
WILLIAMS & CONNOLLY LLP
*680 Maine Avenue SW
Washington, DC 20024
Tel.: (202) 434-5000
Fax: (202) 434-5029
dbutswinkas@wc.com*

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to Circuit Rule 28(a)(1), counsel for Defendants-Appellees-Cross-Appellants makes the following certification:

**(A)  Parties and Amici.**

**Plaintiffs-Appellants-Cross-Appellees**:  Plaintiffs-Appellants-Cross-Appellees are Collector's Coffee, Inc. and Mykalai Kontilai.

**Defendants-Appellees-Cross-Appellants**:  Defendants-Appellees-Cross-Appellants are Debevoise & Plimpton LLP, Andrew J. Ceresney, Dustin Brockner, and Miheer Mhatre (collectively, "Debevoise").  Debevoise & Plimpton LLP is an international law firm organized as a limited liability partnership under the laws of New York with its principal place of business in New York City.  Andrew J. Ceresney is a partner at Debevoise & Plimpton LLP in the New York office.  Dustin Brockner and Miheer Mhatre formerly were associates at Debevoise & Plimpton LLP in the New York office.

**Intervenors/Amici**: There are no intervenors or amici to date.

**(B)  Ruling Under Review**.  The ruling under review is the November 8, 2023 ruling and accompanying Order granting in part and denying in part Debevoise's motion to dismiss or, alternatively, transfer, issued by the Honorable Judge Reggie B. Walton of the United States District Court for the

District of Columbia in Civil Action No. 20-2988.

**(C)  Related Cases**.  The case under review was not previously before this Court.  Debevoise identifies the following as a pending related case: *SEC v. Collector's Coffee Inc.*, No. 23-7537 (2d Cir.).  A number of other cases involving the same parties and issues are pending in other federal district courts but are not "Related Cases" under this Court's Rules, including:

- *SEC v. Collector's Coffee Inc.*, No. 19-cv-04355 (S.D.N.Y.);
- *United States v. Kontilai*, No. 20-cr-00083 (D. Colo.); and
- *United States v. Kontilai*, No. 20-cr-00109 (D. Nev.).

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, Debevoise states that no Defendant-Appellee-Cross-Appellant has a parent, subsidiary, or affiliate that has issued shares or debt securities to the public.

    Respectfully submitted,

    DANE H. BUTSWINKAS
    DAVID S. BLATT
    KRYSTAL C. DURHAM
    WILLIAMS & CONNOLLY LLP
     *680 Maine Avenue SW*
     *Washington, DC  20024*
     *Tel.:  (202) 434-5000*
     *Fax:  (202) 434-5029*
     *dbutswinkas@wc.com*

*Attorneys for Defendants Debevoise & Plimpton LLP, Andrew J. Ceresney, Dustin Brockner, and Miheer Mhatre*

December 14, 2023

3

## CERTIFICATE OF SERVICE

I certify that on December 14, 2023 a copy of the foregoing was filed with the Clerk through the Court's electronic filing system, which is designed to serve all counsel of record.

/s/ *Dane H. Butswinkas*
DANE H. BUTSWINKAS