Nos. 23-7156, 23-7163

# In the United States Court of Appeals for the District of Columbia Circuit

COLLECTOR'S COFFEE, INC., ET AL.
APPELLANTS-CROSS-APPELLEES

*v.*

DEBEVOISE & PLIMPTON LLP, ET AL.
APPELLEES-CROSS-APPELLANTS

*ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA (NO. 20-CV-02988) (THE HON. REGGIE B. WALTON, J.)*

**APPELLEES-CROSS-APPELLANTS DEBEVOISE & PLIMPTON LLP, ANDREW J. CERESNEY, DUSTIN BROCKNER, AND MIHEER MHATRE'S STATEMENT OF ISSUES TO BE RAISED ON CONDITIONAL CROSS-APPEAL**

DANE H. BUTSWINKAS
DAVID S. BLATT
KRYSTAL C. DURHAM
WILLIAMS & CONNOLLY LLP
*680 Maine Avenue SW*
*Washington, DC 20024*
*Tel.: (202) 434-5000*
*Fax: (202) 434-5029*
*dbutswinkas@wc.com*

## STATEMENT OF ISSUES TO BE RAISED ON CONDITIONAL CROSS-APPEAL

1. If the judgment is not affirmed on the ground of lack of subject matter jurisdiction, whether the judgment should be affirmed on any of the alternative grounds raised by appellees-cross-appellants in the District Court:

   A. The lack of personal jurisdiction;

   B. A contractual requirement that the claims be arbitrated; or

   C. The fugitive disentitlement doctrine.

January 10, 2024

Respectfully submitted,

DANE H. BUTSWINKAS
DAVID S. BLATT
KRYSTAL C. DURHAM
WILLIAMS & CONNOLLY LLP
 *680 Maine Avenue SW*
 *Washington, DC 20024*
 *Tel.: (202) 434-5000*
 *Fax: (202) 434-5029*
 *dbutswinkas@wc.com*

*Attorneys for Defendants Debevoise & Plimpton LLP, Andrew J. Ceresney, Dustin Brockner, and Miheer Mhatre*

## CERTIFICATE OF SERVICE

I certify that on January 10, 2024 a copy of the foregoing was filed with the Clerk through the Court's electronic filing system, which is designed to serve all counsel of record.

/s/ Dane H. Butswinkas
DANE H. BUTSWINKAS